890

No. 1358. BAILEY *v.* FLORIDA. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied.

No. 1363. DORSEY *v.* GILL, SUPERINTENDENT. June 18, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Ernest F. Dorsey, Jr., pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 1370. NICHOLS *v.* NIERSTHEIMER, WARDEN. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1378. SWANSON *v.* RAGEN, WARDEN. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1368. STEWART *v.* RAGEN, WARDEN. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. The motion for leave to file petition for writ of habeas corpus is also denied.

No. 1377. ROSCOE *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–66; *Coy* v. *United States,* 316 U. S. 342. *George Roscoe, pro se. Solicitor General Fahy* for the United States.